ANTHONY D. PHILLIPS (SBN 259688)
adphillips@foxrothschild.com
CHRISTIN KIM (SBN 349256)
christinkim@foxrothschild.com
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: (415) 364-5540
Facsimile: (415) 391-4436

*Attorneys for Defendant*
CAMELBAK PRODUCTS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MURIEL FRANCIS-HOYLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAMELBAK PRODUCTS, LLC,<br><br>Defendant. | Case No. 2:26-cv-02674<br><br>**DECLARATION OF SONIA LARI KATEBIAN IN SUPPORT OF DEFENDANT CAMELBAK PRODUCTS, LLC'S  NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. SECTIONS 1332, 1441, 1446, AND 1453** |

1

I, Sonia Lari Katebian, state as follows:

1.      I am Vice President, Associate General Counsel at Revelyst Operations LLC. I have been in this position since July 2024 and I am responsible for litigation management for CamelBak Products, LLC ("CamelBak"), which is owned by CamelBak Acquisition Corp., which is owned by Revelyst Operations LLC, which is owned by Revelyst, Inc., which is ultimately owned by various funds managed by affiliates of Strategic Value Partners LLC, the ultimate owner entity.

2.      I make this declaration in support of Defendant's Notice of Removal and Removal.

3.      I am an individual over the age of 18 years old and have personal knowledge of the following and if called as a witness, I could and would competently testify thereto.

4.      CamelBak is an outdoors equipment company with an emphasis on hydration products. CamelBak sells products online and in all fifty states of the United States.

5.      CamelBak is not a government entity.

6.      CamelBak is a Delaware limited liability company. Its principal place of business is located in Irvine, CA.

Dated:  March 12, 2026                          Respectfully submitted,


                                                BY:   /s/ Sonia Katebian
                                                      Sonia Katebian

DECLARATION OF SONIA KATEBIAN IN SUPPORT OF DEFENDANT CAMELBAK
PRODUCTS, LLC'S NOTICE OF REMOVAL